```
BELINDA KIRK                              FILED
Name and Address
1986 Washington Ave #A              2010 JUN 15 A 9: 48
San Leandro, Ca 94577
                                    RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BELINDA KIRK | Case No. C10-02507 CRB |
| **Plaintiff / Petitioner** | Document Name: |
| VS. | Proof of Service |
| ALAMEDA County Social Services / CHILDREN SERVICES | by mail |
| **Defendant / Respondent** |  |

1  PROOF OF SERVICE BY MAIL OR IN PERSON [Circle One]

2

3  I, *Michael E Foley* _____ declare:

4

5

6  I am a citizen of the United States, a resident of *San Joaquin* County,
7  California, and am over 18 years of age. I am not a party to the within entitled action.

8
9  My business/residence address is: *1923 West Louise Ave* Street

10
11  *Manteca* City, *CA.* State,
12  *95337* Zip

13

14  On Tuesday, June 08, 2010,
15  I served a copy of the attached: [ *C10-02507 CRB* ]

16
17  1.  **PETITION FOR WRIT OF HABEAS CORPUS** PURSUANT TO 28 USC
18      §2254, THE INDIAN CHILD WELFARE ACT, 25 U.S.C. § 1914, and other
      Federal and State laws; Declarations; Memorandum of Points and Authorities;
      and other laws, decisions, Exhibits, pleadings and papers as contained herein;
19      AND

20  2.  ███████████████

21  3.  ███████████████

22  4.  ███████████████

23  Superior Court of California, County of Alameda

24  24405 Amador Street, Hayward, CA 94544

PROOF OF SERVICE - 1

1

2   in this action by placing a true copy thereof, enclosed in a sealed envelope with postage
    thereon fully prepaid, in the United States mail at *HAYWARD*_____City,
3   California,  addressed as follows:

4   ~~Rhonda Malone,~~

5   ~~Tribal Representative~~

6   ~~California Juvenile Case # HJ06005823~~

7   Re; Belinda Kirk

8   2371 N.E. Stevens Street, Suite 100

9   Roseburg, OR 97470

    *Commishner SuRH*
    *AND*
10  *Clerk oF the Court*
    *IN CourT*

11  East Bay Children's Law Office

    ATTORNEY FOR J.H.
12
    Case# HJ06005823
13
    24301 Southland Drive
14
    Suite 504
15
    Hayward, CA  84545
16

17  ~~David Pouliot~~

18  ~~ATTORNEY FOR JASON HESS~~

19  Case# HJ06005823

20  1236 139th Ave

21  San Leandro, CA  94578

22
    Office of the County Counsel
23
    Case# HJ06005823
24

PROOF OF SERVICE - 2

1  RE: Notice of REMOVAL/Habeas Corpus

2  1221 Oak Street

3  Suite 450

4  Oakland, CA 94612

5

6  LARRY ECHO HAWK

   Assistant Secretary – Bureau of Indian Affairs

7  US Department of the Interior

8  MS-4141-MIB

9  1849 C Street, NW

10 Washington, D.C. 20240

11 Attention: Service of Process

12

13 EDMUND G. BROWN, Jr.

14 ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

15 1300 "I" Street, Sacramento, CA, 95814

16

17

18 THE HONORABLE RONALD M. GEORGE, Chief Justice of the California Supreme Court, in his Individual Capacity and as CHIEF ADMINISTRATOR of the Courts of

19 California, 350 McAllister Street, San Francisco, CA 94102

20

21 HON. JON R. ROLEFSON

22 24405 Amador Street

23 Hayward, CA 94544

24

PROOF OF SERVICE - 3

1  HON. TRINA THOMPSON

2  24405 Amador Street

3  Hayward, CA 94544

4

5

6

7  I declare, under penalty of perjury, under the laws of the State of California that the
foregoing is true and correct.

8  Date: 6-8-10

9

10

11  /Michael E Foley/                    /ME Foley/

12  PRINT NAME HERE                      SIGNATURE HERE

13

14

15

16

17

18

19

20

21

22

23

24

PROOF OF SERVICE - 4