IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELINDA KIRK, | No. C 10-2507 CRB |
| Petitioner, | **ORDER RE: PETITIONER'S REQUEST FOR CLARIFICATION** |
| v. | |
| YOLANDA BALDOVINOS, et al.; | |
| Respondents. | |

On June 24, 2010, this Court issued an Order to Show Cause requiring Respondents to file a written response to Petitioner's Petition to Invalidate the State Court's Custody Determination and her separate Petition for Removal. Petitioner now requests clarification of that Order.

To clarify: The Court will consider all issues and arguments raised by Petitioner in both her Petition to Invalidate and her Petition for Removal. In their written response, Respondents should therefore address all issues and arguments which they believe warrant an opposing view.

**IT IS SO ORDERED.**

Dated: July 9, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\2507\Order Re Request for Clarification.wpd