**E-filed 09/13/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BELINDA KIRK and J.H., her minor son, ) | Case No.: 5:10-CV-02507-LHK |
| ) | |
| Petitioners, ) | ORDER SETTING DEADLINE FOR |
| v. ) | PARTIES TO FILE JOINT CASE |
| ) | MANAGEMENT STATEMENT |
| YOLANDA BALDOVINOS, et al., ) | |
| ) | |
| Respondents. ) | |

Counsel for Petitioner has requested leave to move the deadline to file a Joint Case Management Statement from September 9, 2010 to September 13, 2010, in advance of the Hearing and Case Management Conference scheduled for September 16, 2010. The parties were ordered to file a Joint Case Management Statement by August 18, 2010 in the Court's Reassignment Order, Docket Number 37, filed August 2, 2010. The parties failed to do so. The Joint Case Management statement to be filed on September 13, 2010 shall include the information required by the Reassignment Order as well as Judge Koh's Standing Orders and the Local Rules.

**IT IS SO ORDERED.**

Dated: September 13, 2010

_____
LUCY H. KOH
United States District Judge