ALICIA C. PARK, CA S.B. #165622
Alicia C. Park, Attorney at Law
459 Fulton Street, Suite 300
San Francisco, CA 94102

Telephone:  (415)355-1940
Facsimile:   (415)355-1943

Attorney for Petitioner, Belinda Kirk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF J.H, A MINOR, et. al.,<br><br>Petitioners,<br><br>vs.<br><br>YOLANDA BALDOVINOS, et. al.,<br><br>Respondents. | CASE NO. CV10-02507 LHK<br><br>**CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS**<br>**[Local Rule, 3-16]** |

   Petitioner, Belinda Kirk, by and through her attorney of record, Alicia C. Park, hereby certifies that the only non-party interested entities or persons about whom she is aware are Lezly Crowell, Cheryl Smith and Dennis Reid, her three court appointed attorneys in the Alameda County juvenile dependency case from which the present case emanates.  All other interested persons or entities were named as Respondents by Petitioner in her initial Complaint and Amended Notice of Removal, Docs. 1, 4.

Dated:  September 15, 2010          Respectfully submitted,


                                    _____
                                    Alicia C. Park
                                    Attorney for Belinda Kirk, Petitioner

1 **CERTIFICATE OF SERVICE**

2   I, Alicia C. Park, hereby certify on this 15th day of September 2010, I have caused the

3   foregoing

4
    **CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS [Local
5   Rule, 3-16]**

6   to be served upon the following parties not represented by counsel, by United States mail,

7   first-class postage prepaid, addressed as listed below and to counsel of record

8   electronically through the electronic case filing system:

9
    Belinda Kirk, Next Friend of J.H.
10  1986 Washington Avenue, Apt. #A
    San Leandro, CA 94577
11

12  Rhonda Malone, Tribal Representative
    2371 NE Stevens Street, Suite 100                   Jona Thomas, Esq.
13  Roseburg, OR 97470                                  East Bay Children's Law Offices
                                                        24301 Southland Dr. #504
14  Larry Echo Hawk, Assistant Secretary, Indian Affairs  Hayward, CA 94545
    United States Department of the Interior
15  1849 C Street, NW
    Washington, DC 20240
16

17  Jason Hess, Father
    c/o David Pouliot
18  1236 139th Avenue
    San Leandro, CA 94578
19

20

21  I declare under penalty of perjury of the laws of the State of California that the foregoing is true

22  and correct and that this declaration was executed on September 15, 2010 at San Francisco,

23  California.

24

25

26              _____/s/_____
                Alicia C. Park
27

28
    *In The Matter Of J.H. A Minor, Et. Al.*  CV10-02507LHK                                    2