UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA KIRK and J.H., her minor son, ) | Case No.: 10-CV-02507-LHK |
| ) | |
| Petitioners, ) | MINUTE ORDER AND CASE |
| v. ) | MANAGEMENT ORDER |
| ) | |
| YOLANDA BALDOVINOS, et al., ) | |
| ) | |
| Respondents. ) | |

Clerk:  Martha Brown                                             Reporter: Lee-Anne Shortridge
Petitioner Attorney: Alicia C. Park                          Time in Court:  1hour, 3 minutes
County Respondents Attorney: Failed to Appear
State Respondents Attorney: Daniel J. Powell
Respondent Darrell Evora Attorney: Alison P. Buchanan

A case management conference was held on September 16, 2010. The motion to Dismiss was taken under submission.  The Court will issue a written order.
REFERRAL TO ADR PROCESS: The case is hereby referred to court-sponsored mediation, to be held by November 15, 2010.

FURTHER CASE MANAGEMENT CONFERENCE is set for December 1, 2010, at 2 p.m.

DISCOVERY PLAN: Per Fed. R. Civ. Pro. and Local Rules, subject to any provisions below.

INITIAL DISCLOSURES: Due September 30, 2010.  The Initial disclosures shall include a production of documents rather than a listing of documents.

DISCOVERY CUTOFF is February 1, 2011.

DISPOSITIVE MOTIONS shall be filed by February 17, 2011 and set for hearing on March 24, 2011.

PRETRIAL CONFERENCE DATE is April 20, 2011 at 2 p.m.

JURY TRIAL DATE is May 23, 2011, at 9 a.m. in courtroom 4, 5th floor.

TRIAL LENGTH is estimated to be 7 days.

**IT IS SO ORDERED.**

Dated: September 16, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-02507-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER