**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | | |
|---|---|---|
| BELINDA KIRK and J.H., her minor son, | ) | Case No.: 10-CV-02507-LHK |
| Petitioners, | ) ) | ORDER REFERRING LITIGANT TO |
| v. | ) | FEDERAL PRO BONO PROJECT |
| YOLANDA BALDOVINOS, et al., | ) ) | |
| Respondents. | ) ) ) | |

The Plaintiff in this matter has requested and is in need of counsel to assist her in this matter. Good cause showing, it is hereby ordered that Plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Pro Bono Project Silicon Valley ("PBPSV") one copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the PBPSV that an attorney has been located to represent the Plaintiff, that attorney shall be appointed as counsel for Plaintiff.

3. Upon appointment of counsel for Plaintiff, the Court will stay the case for a period of time to be determined in consult with the parties.

1

Case No.: 10-CV-02507-LHK
ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT

4. The Court hereby sets a further Case Management Conference to check on the status of this referral for Wednesday, January 26, 2011 at 2:00 p.m. If volunteer counsel has been appointed prior to this date, the Case Management Conference will go forward.

**IT IS SO ORDERED.**

Dated: December 1, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02507-LHK
ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT