UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA KIRK and J.H., her minor son,<br><br>              Petitioners,<br>   v.<br><br>YOLANDA BALDOVINOS, et al.,<br><br>              Respondents. | Case No.: 10-CV-02507-LHK<br><br>ORDER DIRECTING ATTORNEY TO PROVIDE ADDRESS FOR SERVICE ON PLAINTIFF AND TO SERVE ORDER ON PLAINTIFF |

In light of the Court's Order allowing attorney for Plaintiff, Alicia C. Park, to withdraw from representation of Plaintiff (Dkt. No. 66), attorney Park is hereby ordered to serve the Court's Order on Plaintiff, and to provide the Court with Plaintiff's current address.

**IT IS SO ORDERED.**

Dated: December 2, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 10-CV-02507-LHK
ORDER DIRECTING ATTORNEY TO PROVIDE ADDRESS