RICHARD E. WINNIE [68048]
County Counsel
By: MARY ELLYN GORMLEY [154327]
Assistant County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612
Telephone: (510) 272-6700

Attorneys for Respondents County of Alameda,
Yolanda Baldovinos, Tracey Fernandez and
Shirley Lee Andrade

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| J.H., A Minor, by his next friend BELINDA KIRK, Mother of J.H., individually and as next friend,<br><br>Petitioner,<br><br>v.<br><br>YOLANDA BALDOVINOS, et al.,<br><br>Respondents. | Case No.: C 10-2507 LHK<br><br>**MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL CIVIL LOCAL RULE 7-11(a)** |

Pursuant to Civil Local Rule 7-11(a), Respondent County of Alameda Social Services Agency ("Respondent") hereby requests that the following documents, currently not filed under seal, be retroactively sealed. Respondent further requests leave to file certain documents under seal in the future, without need for a prior motion for administrative relief.

The instant action is in essence an appeal from jurisdictional and dispositional orders of the Alameda County Superior Court, Juvenile Division. Throughout the course of these proceedings, certain documents and records have been and will be filed with the Court which will necessarily contain private, privileged, confidential and sensitive

MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL,
J.H. v. Baldovinos, et al., Case No. C 10-2507 LHK   1

personal information regarding both the minor at the heart of the dispute and members of his immediate and extended families.

While proceedings and records in the district court are open to the public, juvenile dependency proceedings in the State of California generally are not. See, e.g., California Welfare & Institutions Code Section 346, which holds that juvenile court hearings will not be open to the public unless requested by a parent or guardian and consented to or requested by the minor concerning whom the petition was filed. See, also, Welfare & Institutions Code Section 827; *In re Gina S.* (2005) 133 Cal.App.4th 1074.

Sound public policy underlies this rule. Restricting public access to juvenile court records safeguards the privacy of minors in order to protect their best interest and control access to juvenile files. *T.N.G. v. Superior Court* (1971) 4 Cal.3d 767, 784. Public policy would be served here by sealing certain records to ensure that in the future the minor's privacy is shielded, and he can enter adulthood confident in the knowledge that his childhood traumas are not accessible by the public.

For all the foregoing reasons Respondent respectfully requests that the follow documents, already on file herein, be sealed:

### Records to Seal

| Docket No. | Title |
| --- | --- |
| 1 | Petition for Writ of Habeas Corpus |
| 4 | Amended notice of Removal by J.H. |
| 11 | Motion to Appoint Counsel |
| 12 | Order to Show Cause |
| 13 | Motion for Temporary Restraining Order |
| 14 | Amended Emergency Motion for TRO |
| 19 | Proposed Order re Amended Motion for TRO |

MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL,
J.H. v. Baldovinos, et al., Case No. C 10-2507 LHK    2

| | |
|---|---|
| 25 | Motion for Reconsideration of Motion requesting TRO |
| 30 | Respondents' Notice of Motion and Motion to Dismiss and/or Remand |
| 31 | Request for Judicial Notice |
| 32 | Response to Order to Show Cause by AG |
| 43 | Traverse and Opposition to Motions to Dismiss and Request for Judicial Notice |
| 45 | Reply Memorandum in Support of Motion to Dismiss and/or Remand |
| 51 | Joint Case Management Statement |
| 55 | Order Denying Motion to Dismiss in Part, Remanding in Part, and Dismissing Certain Respondents |
| 62 | Joint Case Management Conference Statement |

Respondent further respectfully requests Court permission to file documents under seal in the future if those documents contain references to the minor's or others' private, privileged, confidential and/or sensitive personal information.

DATED: December 16, 2010

RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By /s/ Mary Ellyn Gormley
MARY ELLYN GORMLEY
Assistant County Counsel

Attorneys for Respondents County of Alameda, Yolanda Baldovinos, Tracey Fernandez and Shirley Lee Andrade

MOTION FOR ADMINISTRATIVE RELIEF TO FILE CERTAIN DOCUMENTS UNDER SEAL, J.H. v. Baldovinos, et al., Case No. C 10-2507 LHK    3