**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BELINDA KIRK and J.H., her minor son,<br><br>　　　　Petitioners,<br>　v.<br>YOLANDA BALDOVINOS, et al.,<br><br>　　　　Respondents. | Case No.: 10-CV-02507-LHK<br><br>ORDER GRANTING MOTION TO SEAL AND ORDERING COUNTY TO SUBMIT REDACTED VERSIONS OF SEALED DOCUMENTS |

The County of Alameda has filed a request to seal certain documents in the file, on the basis that they contain private, privileged, confidential and sensitive personal information regarding the minor J.H. and his family. *See* Dkt. No. 71. Because the Court finds that these documents contain sealable information, the County's request is granted, and the Court will seal these documents. However, the County must comply with the Local Rules regarding the sealing of documents. *See* Civil Local Rule 79-5. The Local Rules state that requests to seal "must be narrowly tailored to seek sealing only of sealable material." Accordingly, by Thursday, January 13, 2011, the County must file proposed redacted versions of the sealed documents, with the sealable portions redacted, along with the reason for the redactions, so that these may be filed publicly. The Court will prepare a redacted version of its Order at Docket Number 55.

In the future, the parties must follow the procedure in the local rules for filing documents under seal. This procedure includes submitting an administrative motion to seal, and a redacted, public version of any documents containing sealable information. *See* Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: December 17, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02507-LHK
ORDER GRANTING MOTION TO SEAL