# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BELINDA KIRK and J.H., her minor son, | Case No.: 10-CV-02507-LHK |
| Petitioners, | |
| v. | ORDER APPOINTING PRO BONO COUNSEL |
| YOLANDA BALDOVINOS, et al., | |
| Respondents. | |

The Plaintiff has requested and is in need of counsel to assist her in this matter, and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project.  Accordingly, Aaron Cohn and Matthew Vafidis, of Holland & Knight, are hereby appointed as counsel for Belinda A. Kirk in this matter.  The Case Management Conference previously set for Wednesday, January 26, 2011 at 2:00 p.m. will go forward as scheduled in order to determine what changes should be made to the case schedule.  By Wednesday, January 19, 2011, counsel shall submit a Joint Case Management Statement with any proposed changes to the case schedule.

**IT IS SO ORDERED.**

Dated: January 3, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02507-LHK
ORDER APPOINTING PRO BONO COUNSEL