**HOLLAND & KNIGHT LLP**
Matthew P. Vafidis (California Bar No.103578)
Aaron M. Cohn (California Bar No. 264756)
Shannon K. Little (California Bar No. 260342)
50 California Street, 28th Floor
San Francisco, California  94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
Email: matthew.vafidis@hklaw.com
       aaron.cohn@hklaw.com

*Pro Bono* Attorneys for Petitioner
**BELINDA KIRK**

**RICHARD E. WINNIE** (California Bar 68048)
County Counsel
By: MARY ELLYN GORMLEY (California Bar 154327)
Assistant County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, CA 94612
Telephone:    (510) 272-6700

Attorneys for Respondents
**County of Alameda,
Yolanda Baldovinos, Tracey Fernandez and
Shirley Lee Andrade**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA KIRK and J.H., her minor son,<br><br>            Petitioners,<br><br>   vs.<br><br>YOLANDA BALDOVINOS, et al.,<br><br>            Respondents. | Case No.  5:10-cv-02507-LHK<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR RESPONDENTS' MOTION TO STRIKE JURY DEMAND AND [PROPOSED] ORDER** AS MODIFIED<br><br>Date:    January 26, 2011<br>Time:    2:00 p.m.<br>Before:  Hon. Lucy H. Koh |

**WHEREAS**, Respondent Alameda County Social Services Agency filed and served its Notice of Motion and Motion to Strike Jury Demand on December 15, 2010; and

**WHEREAS**, the undersigned pro bono counsel for Petitioner Belinda Kirk were appointed following the Court's Order Appointing Counsel, dated January 3, 2011.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and through Petitioners Belinda Kirk and Respondent Alameda County Social Services Agency, by and through their respective counsel herein, that the hearing on Respondents' Motion to Strike Jury Demand shall be continued to **March 31, 2011 at 1:30 p.m.** The Court sets the following briefing schedule: Plaintiff's opposition shall be filed on **February 10, 2011**; Defendants' reply shall be filed on **February 17, 2011**.

Respectfully submitted,

Dated: January 18, 2011         HOLLAND & KNIGHT, LLP

/s/
Matthew P. Vafidis
Attorneys for Petitioner BELINDA KIRK

Dated: January 18, 2011         RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California

By: /s/
    Mary Ellyn Gormley

Attorneys for Respondents County of Alameda, Yolanda Baldovinos, Tracey Fernandez and Shirley Lee Andrade

IT IS SO ORDERED.

Dated: January 19, 2011         _Lucy H. Koh_
United States District Judge

- 2 -

Stipulation to Continue Hearing Date and [Proposed] Order         USDC, N.D., Cal. Case 5:10-cv-02507-LHK