UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BELINDA K. and J.H., her minor son, | ) | Case No.: 10-CV-02507-LHK |
| | ) | |
| Petitioners, | ) | |
| v. | ) | MINUTE ORDER AND FURTHER |
| | ) | CASE MANAGEMENT ORDER |
| YOLANDA BALDOVINOS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Clerk:  Martha Brown                                                Reporter: Lee-Anne Shortridge
Petitioner Attorneys: Aaron Michael Cohn, Matthew P. Vafidis
County Respondents Attorneys: Mary Ellen Gormley, Manuel Martinez
Length of Hearing: 28 minutes

A further case management conference was held on January 26, 2011.

FURTHER CASE MANAGEMENT CONFERENCE is set for March 31, 2011, at 1:30 p.m., to follow the Law and Motion hearing.  If the hearing is vacated in advance, the Case Management Conference will still go forward.

The Court will refer this matter to the Federal Pro Bono Project to seek appointment of pro bono counsel for the minor J.H.

The parties may refer to the Petitioner as "Belinda K." in the case caption and in any pleadings.

The Court amended the case schedule as follows:

DISCOVERY CUTOFF is May 1, 2011.

LAST DAY TO FILE DISPOSITIVE MOTIONS is May 19, 2011.

HEARING ON DISPOSITIVE MOTIONS is set for June 23, 2011 at 1:30 p.m.

PRETRIAL CONFERENCE is set for July 27, 2011 at 2:00 p.m.

JURY TRIAL is set for August 29, 2011 at 9 a.m.

TRIAL LENGTH is estimated at 7 days.

**IT IS SO ORDERED.**

Dated: January 26, 2011

_____
LUCY H. KOH
United States District Judge