**HOLLAND & KNIGHT LLP**
Matthew P. Vafidis (California Bar No.103578)
Aaron M. Cohn (California Bar No. 264756)
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
Email: matthew.vafidis@hklaw.com
         aaron.cohn@hklaw.com

*Pro Bono* Attorneys for Petitioner
**BELINDA K.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K. and J.H., her minor son,<br><br>Petitioners,<br><br>vs.<br><br>YOLANDA BALDOVINOS, et al.,<br><br>Respondents. | Case No. 5:10-cv-02507-LHK-PSG<br><br>**DECLARATION OF AARON COHN, ATTORNEY FOR PETITIONER BELINDA K., IN SUPPORT OF MOTION TO QUASH SUBPOENAS SERVED ON NON-PARTY MEDICAL PROVIDERS AND FOR A PROTECTIVE ORDER** |

I, Aaron Michael Cohn, declare as follows:

1. I am an attorney at law, duly admitted to practice before this Court. I submit this Declaration in support of Petitioner Belinda K.'s Motion to Quash Subpoenas Served on Non-Party Medical Providers and for a Protective Order. I make this declaration based on my own personal knowledge, and if called upon as a witness I could and would testify competently thereto.

- 1 -

Declaration of Aaron Cohn, Attorney for Petitioner Belinda K., in Support of Motion to Quash

USDC, N.D., Cal. Case 5:10-cv-02507-LHK-PSG

2. I met and conferred with counsel for the County of Alameda (County) regarding this discovery dispute on January 25, 2011 and again on January 27, 2011, in accordance with this Court's local rules and the Federal Rules of Civil Procedure. We were unable to resolve our dispute about whether the subpoenaed medical records should be made available to the County. Petitioner Belinda K. respectfully submits her motion to quash and for a protective order as a result of the unresolved dispute with the County.

3. The Alameda County Juvenile Court held a detention hearing on December 22, 2006. Attached hereto as Exhibit A is a true and correct copy of the Juvenile Court's minute order from that hearing with redactions, previously submitted in a request for judicial notice by County of Alameda (Dkt. No. 31) as Exhibit 2 and judicially noticed by the Court in its September 21, 2010 Order (Dkt. No. 55).

4. Alameda County Child Welfare Worker Linda Fuchs filed a jurisdiction/disposition report on January 2, 2007 with the Juvenile Court. Attached hereto as Exhibit B is a true and correct copy of that report with redactions, previously submitted in a request for judicial notice by County of Alameda (Dkt. No. 31) as Exhibit 3 and judicially noticed by the Court in its September 21, 2010 Order (Dkt. No. 55).

5. The Alameda County Juvenile Court held a jurisdictional hearing on January 2, 2007. Attached hereto as Exhibit C is a true and correct copy of the Juvenile Court's minute order from that hearing with redactions, previously submitted in a request for judicial notice by County of Alameda (Dkt. No. 31) as Exhibit 4 and judicially noticed by the Court in its September 21, 2010 Order (Dkt. No. 55).

6. The Alameda County Juvenile Court held a dispositional hearing on April 5, 2007. Attached hereto as Exhibit D is a true and correct copy of the Juvenile Court's minute order from that hearing with redactions, previously submitted in a request for judicial notice by County of Alameda (Dkt. No. 31) as Exhibit 8 and judicially noticed by the Court in its September 21, 2010 Order (Dkt. No. 55).

7. The Alameda County Juvenile Court held a status review hearing on January 14, 2008. Attached hereto as Exhibit E is a true and correct copy of the Juvenile Court's minute

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

Declaration of Aaron Cohn, Attorney for Petitioner Belinda K., in Support of Motion to Quash

USDC, N.D., Cal. Case 5:10-cv-02507-LHK-PSG

order from that hearing with redactions, previously submitted in a request for judicial notice by County of Alameda (Dkt. No. 31) as Exhibit 12 and judicially noticed by the Court in its September 21, 2010 Order (Dkt. No. 55).

8. The Alameda County Juvenile Court held a status review hearing on December 17, 2009. Attached hereto as Exhibit F is a true and correct copy of the Juvenile Court's minute order from that hearing with redactions, previously submitted in a request for judicial notice by County of Alameda (Dkt. No. 31) as Exhibit 21 and judicially noticed by the Court in its September 21, 2010 Order (Dkt. No. 55).

9. Attached hereto as Exhibit G are true and correct copies of the subpoenas at issue in this motion with social security numbers, dates of birth, Belinda K.'s last name and J.H.'s real name redacted from the copies. They were served on counsel for Petitioner Belinda K. by the County of Alameda on January 19 and 21, 2011, and seek medical records from non-party medical and mental health providers for Belinda K. and her minor son, J.H.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of January, 2011.

_____
Aaron M. Cohn

Declaration of Aaron Cohn, Attorney for Petitioner Belinda K., in Support of Motion to Quash

USDC, N.D., Cal. Case 5:10-cv-02507-LHK-PSG

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900