DECLARATION OF ARCHIE OVERTON

FILED

2011 FEB -7 P 1:34

RICHARD W. WIEKING

I, Archie Overton, declare:

1. I am over the age of 21, I am not a party to the case of Kirk, et al. v Baldovinos, et al.
2. I am a law abiding citizen, who has never been arrested, indicted, or in any trouble with the law.
3. I have served my County honorably.
4. I have never been listed on the California Child Abuse Central Index. See copy of official document from the California Department of Justice that I am not on any such list.
5. I have never been the subject of a restraining order or ever abused anyone.
6. I have never been asked to consent to the release of my confidential medical records, and I would never consent to the release of this very private information.
7. I sought "defacto dad" status for the minor at issue in this case and was denied by the Alameda Juvenile Court, at the urging of County Counsel, see copy of official minute ORDER is dated 03-06-2007.
8. I earn 41.45 dollars per hour, and I am a union employee who cannot afford on my employment record "unannounced work absences" where I have not provided at least a two week notice, and this action has caused me to lose a day's pay and to have an entry of an unexcused absence from work.
9. I lost one day's pay so far because of needing to defend my privacy rights, for a loss so far of 331.60.
10. I have incurred other expenses of $40.00 for a process server, and approximately 23.00 for gas and other incidentals.
11. I have been aggravated and abused by this action for no logical or legal reason.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 02-07-2011   Archie Overton, Pro Se _Archie W. O__

MOTION TO QUASH – OVERTON - 5:10-cv-02507-LHK-PSG - 11

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California* 
**DEPARTMENT OF JUSTICE**

BUREAU OF CRIMINAL INFORMATION AND ANALYSIS
CHILD PROTECTION PROGRAM
P.O. BOX 903387
SACRAMENTO, CA 94203-3870
Telephone (916) 227-3263
Facsimile: (916) 227-4094

July 2, 2009

Archie W. Overton
1986 Washington Ave Apt A
San Leandro, CA 94577

RE: Child Abuse Central Index: Search Results - Archie W. Overton

Dear Mr. Overton:

The Department of Justice has received your notarized letter requesting a search of the Child Abuse Central Index. Using your name and other personal descriptor information, the search results did not match any report on file.

If you have further questions, please contact me at (916) 227-3263.

Sincerely,

MADELYN CHILDS, Manager
Child Protection Program

For    EDMUND G. BROWN JR.
         Attorney General

C22B

# Superior Court of California, County of Alameda
## Hayward

| In the Matter of J. K | Court No. HJ06005823-01 |
|---|---|
|  | DOB: 02/13/1999 |
| (Abbreviated Title) | Minute Order |

Department 504         Honorable   L. Thomas Surh         , Commissioner

Court Clerk - Jeff Jue
Court Reporter -
Court Officer - Jamie Johnson-Glover
Bailiff -

Hearing Date: March 06, 2007.

THE MATTER COMES BEFORE THE COURT FOR:
Disposition on New Dependency Petition - 300 Filed December 21, 2006
Parent Belinda Kirk appearing represented by Crowell, Lezly Dorene.
De-Facto Parent Archie Overton appearing.

Cecelia Pierce, Court Reporter

County Counsel Kan present.
Public Defender Shannon Conner present.
Indian Resource Advocate present.

The Court orders the following: Court denies request of Mr. Overton for Defacto Status.

Disposition continued to 03/27/2007 09:00 AM in Department 504, Juvenile Court, 24405 Amador Street, Hayward.

Minutes of   03/06/2007
Entered on   03/07/2007

By  *J. Thomas Surh*
                Commissioner