UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K. and J.H., her minor son,<br><br>　　　　Petitioners,<br>　　v.<br><br>YOLANDA BALDOVINOS, et al.,<br><br>　　　　Respondents. | Case No.: 10-CV-02507-LHK<br><br>ORDER GRANTING<br>ADMINISTRATIVE MOTION TO SEAL |

In response to this Court's Order, the Respondents in this action have submitted proposed redacted versions of documents filed in this case for public filing. The Court approves the Respondents' proposed redactions. The Respondents shall electronically file the proposed redacted versions as submitted to the Court.

**IT IS SO ORDERED.**

Dated: March 2, 2011

_____
LUCY H. KOH
United States District Judge