**HOLLAND & KNIGHT LLP**
Matthew P. Vafidis (California Bar No.103578)
Shannon K. Little (California Bar No. 260342)
50 California Street, 28th Floor
San Francisco, California  94111
Telephone: (415) 743-6900
Facsimile:  (415) 743-6910
Email:  matthew.vafidis@hklaw.com
         shannon.little@hklaw.com

Attorneys for Petitioner **BELINDA K.**

RICHARD E. WINNIE (California Bar No.68048)
County Counsel
By:  MARY ELLYN GORMLEY (California Bar No.154327)
Assistant County Counsel
Office of County Counsel, County of Alameda
1221 Oak Street, Suite 450
Oakland, California 94612

Attorneys for Respondent **COUNTY OF ALAMEDA**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BELINDA K. and J.H., et al, <br><br> Petitioners, <br><br> vs. <br><br> YOLANDA BALDOVINOS, et al., <br><br> Respondents. | Case No.  5:10-cv-02507-LHK <br><br> **JOINT STATEMENT RE: FURTHER CASE MANAGEMENT CONFERENCE** <br><br> Date:  March 31, 2011 <br> Time:  1:30 p.m. <br> Before:  Hon. Lucy H. Koh <br> Courtroom 4 |

Petitioner BELINDA K ("Petitioner") and Respondent COUNTY OF ALAMEDA ("Respondents"), by and through their respective counsel of record, hereby submit this joint statement, pursuant to Local Rule 16-10 (d), with respect to the Further Case Management Conference set to be heard on March 31, 2011 at 1:30 p.m.

### A. Procedural Status

At the Further Case Management Conference held on January 26, 2011, the Court set a trial and pretrial schedule for his matter as follows:

-- Subsequent or Further Case Management Conference: March 31, 2011 at 1:30 p.m.;

-- Dispositive motions to be filed by May 19, 2011;

-- Final Pretrial Conference: July 27, 2011 at 2:00 p.m.;

-- Jury Selection set for August 29, 2011 at 9:00 a.m.;

-- Jury Trial on August 29, 2011 at 9:00 a.m.

### B. Progress or Changes Since the Last Statement Was Filed

Following the January 26, 2011 Further Case Management Conference, there have been the following motions and discovery activities:

-- On January 27, 2011, Petitioner filed a motion to quash certain subpoenas for medical records issued on behalf of the Respondent directed to Petitioner's medical providers; that motion was opposed by Respondent and is currently under submission following a hearing before Magistrate Grewal on March 15, 2011.

-- On February 7, 2011, a third party filed a motion to quash certain subpoenas for medical records issued on behalf of the Respondent directed to that third party's medical providers; that motion was not opposed by Respondent and was granted on March 11, 2011. The moving party's motion for a protective order and for sanctions against the Respondent is currently under submission following a hearing before Magistrate Grewal on March 15, 2011.

-- On February 10, 2011, Petitioner filed a Statement of Non-Opposition to Respondent's Motion to Strike the Jury Demand in the Petition.

-- On February 24, 2011, Petitioner filed a Motion for Leave to Amend the Petition, which is opposed by Respondent and is set for hearing on March 31, 2011.

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

1  -- On March 2, 2011, Respondent began the deposition of Petitioner; this deposition has
2  not yet concluded.
3  On January 26, 2011, the Court referred the minor, J.H., to the Federal *Pro Bono* Project
4  to obtain independent counsel. To the best of the parties' knowledge, such counsel has not been
5  appointed.
6  Petitioner, acting in *pro per*, has filed two related cases: CV11-1013-SBA (recently
7  removed from Alameda County Superior Court) and CV10-05797-LHK (currently pending
8  before this Court). Respondent has filed motions to dismiss each complaint, set to be heard on
9  May 10 and May 19, 2011, respectively.

### C. Proposals for Remainder of Case Development Process

The parties jointly propose that the Court's Order setting this matter for a jury trial be converted to an Order setting the matter for a non-jury trial.

With respect to the pending motion for leave to file an amended petition, Petitioner would propose that, if the motion is granted, the Respondent be required to file a responsive pleading, motion or other form of response on or before May 2, 2011.

### D. ADR

Petitioner requests that this matter be referred to mediation reasonably promptly.

Respondent has already participated in an unsuccessful mediation, and does not believe that a second mediation will resolve the dispute. Respondent is willing to participate in a settlement conference before a magistrate judge.

//
//
//
//
//
//
//

- 3 -

Joint Further Case Management Statement   Case 5:10-cv-02507-LHK

Respectfully submitted,

Dated:  March 23, 2011  HOLLAND & KNIGHT, LLP


 /s/ Matthew Vafidis
Matthew Vafidis
Attorneys for
Petitioner BELINDA K.


Dated:  March 23, 2011  RICHARD E. WINNIE, County Counsel in and for the County of Alameda, State of California


 /s/ Mary Ellyn Gormley
By Mary Ellyn Gormley
   Assistant County Counsel
Attorneys for Respondents

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA  94111
Tel: (415) 743-6900

- 4 -

Joint Further Case Management Statement                                   Case 5:10-cv-02507-LHK