| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BELINDA K., | ) | Case No.: 10-CV-05797-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER RELATING AND |
| | ) | CONSOLIDATING CASES |
| COUNTY OF ALAMEDA et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff in the above-captioned case filed an identical complaint in the Superior Court for the County of Alameda. This case was removed to federal court by Defendants and now bears case number 11-cv-01013-SBA. This matter is pending before Judge Armstrong. Plaintiff has moved to relate this case to the above-captioned case, case no. 10-cv-05797-LHK. Because the complaint in case number 11-cv-01013-SBA is identical to the one pending in the above-captioned case, the Court finds that this case should be related to and consolidated with the above-captioned case. Accordingly, the two cases will proceed as one action in case number 10-cv-05797-LHK. Case number 10-cv-05797-LHK is already related to another case pending before this Court, number 10-cv-02507-LHK, titled *Belinda K. and J. H. v. Baldovinos, et al.* Therefore, when case number 11-cv-01013-SBA is consolidated with case number 10-cv-05797-LHK, the consolidated matters will be related to case number 10-cv-02507-LHK.

1
2   **IT IS SO ORDERED.**
3   Dated: April 6, 2011
4
...
28

_____
LUCY H. KOH
United States District Judge

2