UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BELINDA K. and J.H., her minor son, | ) | Case No.: 10-CV-02507-LHK |
| Petitioners, | ) ) | |
| v. | ) ) | ORDER REGARDING SEALING OF DOCUMENTS |
| YOLANDA BALDOVINOS, et al., | ) ) | |
| Respondents. | ) ) ) | |

Third-party Archie Overton filed a Motion to Quash and for Protective Order on February 2, 2011. *See* Dkt. No. 94. Mr. Overton filed a declaration in support of this Motion, attaching a document from the juvenile dependency proceedings in the Superior Court of Alameda County. *See* Dkt. No. 95. Mr. Overton and the parties to this matter and related matters are advised that in future, documents from the dependency proceedings which reference the name or any other identifying information of the minor J.H. shall be filed under seal. Accordingly, the Court is placing the document attached to Mr. Overton's declaration under seal. If Mr. Overton has submitted any other information revealing J.H.'s name, he shall submit a motion to seal such information by April 11, 2011. *See* Civil Local Rule 79-5.

1

Case No.: 10-CV-02507-LHK
ORDER REGARDING SEALING OF DOCUMENT

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02507-LHK
ORDER REGARDING SEALING OF DOCUMENT