1  OFFICE OF THE COUNTY COUNSEL
   MARY ELLYN GORMLEY [15427]
2  Assistant County Counsel
   Office of County Counsel, County of Alameda
3  1221 Oak Street, Suite 450
   Oakland, California 94612
4  Telephone:   (510) 272-6700
5  Facsimile:   (510) 272-5020

6  Attorney for Respondent County of Alameda

7

8  HOLLAND & KNIGHT LLP
   Matthew P. Vafidis [103578]
9  50 California Street, 28th Floor
   San Francisco, California 94111
10
   Telephone:   (415) 743-6900
11 Facsimile:   (415) 743-6910

12 Attorney for Petitioner Belinda K.

13

14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                            SAN JOSE DIVISION

18

19 BELINDA K. and J.H., et al.,                  Case No.: 10-CV-02507-LHK
                           Petitioners,
20                                               **STIPULATION AND [PROPOSED]**
         v.                                      **ORDER REGARDING FILING**
21                                               **REDACTED DOCUMENTS**
   YOLANDA BALDOVINOS, et al.,
22                         Defendant.

23

24      The parties by and through their respective counsel hereby stipulate that

25 Respondents may electronically file the following documents with redactions previously

26 approved by the Court:

27

28
   _____
   **Stipulation And [Proposed] Order to File Redacted Documents, Case No. 10-CV-02507-LHK**
                                         1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | 1. | Document 1 | 26. | Document 23 | 51. | Document 46 |
| 2 | 2. | Document 1-1 | 27. | Document 24 | 52. | Document 47 |
| 3 | 3. | Document 2 | 28. | Document 25 | 53. | Document 48 |
| 4 | 4. | Document 3 | 29. | Document 26 | 54. | Document 49 |
| 5 | 5. | Document 4 | 30. | Document 27 | 55. | Document 50 |
| 6 | 6. | Document 5 | 31. | Document 28 | 56. | Document 51 |
| 7 | 7. | Document 6 | 32. | Document 29 | 57. | Document 52 |
| 8 | 8. | Document 7 | 33. | Document 30 | 58. | Document 54 |
| 9 | 9. | Document 8 | 34. | Document 30-1 | 59. | Document 55 |
| 10 | 10. | Document 9 | 35. | Document 31 | 60. | Document 61 |
| 11 | 11. | Document 10 | 36. | Document 31-1 | 61. | Document 61-1 |
| 12 | 12. | Document 11 | 37. | Document 31-2 | 62. | Document 61-2 |
| 13 | 13. | Document 12 | 38. | Document 31-3 | 63. | Document 61-3 |
| 14 | 14. | Document 12-1 | 39. | Document 32 | 64. | Document 62 |
| 15 | 15. | Document 13 | 40. | Document 33 | 65. | Document 63 |
| 16 | 16. | Document 13-1 | 41. | Document 34 | 66. | Document 64 |
| 17 | 17. | Document 14 | 42. | Document 34-1 | 67. | Document 65 |
| 18 | 18. | Document 15 | 43. | Document 35 | 68. | Document 66 |
| 19 | 19. | Document 16 | 44. | Document 36 | 69. | Document 67 |
| 20 | 20. | Document 16-1 | 45. | Document 38 | 70. | Document 68 |
| 21 | 21. | Document 17 | 46. | Document 40 | 71. | Document 69 |
| 22 | 22. | Document 18 | 47. | Document 41 | 72. | Document 70 |
| 23 | 23. | Document 19 | 48. | Document 43 | 73. | Document 71 |
| 24 | 24. | Document 20 | 49. | Document 45 | 74. | Document 72 |
| 25 | 25. | Document 22 | 50. | Document 45-1 | | |
| 26 | | | | | | |
| 27 | | | | | | |
| 28 | | | | | | |

|    |    |    |
|----|----|----|
| 1  |    | Respectfully Submitted, |
| 2  | DATED: April 6, 2011 | OFFICE OF THE COUNTY COUNSEL, in and for the County of Alameda, State of California |

By  /s/ *Mary Ellyn Gormley*
      Mary Ellyn Gormley
      Assistant County Counsel

Attorney for Respondents

DATED:

HOLLAND & KNIGHT, LLP

By  /s/ *Matthew Vafidis*
      Matthew Vafidis

Attorneys for Petitioner Belinda K.

**IT IS SO ORDERED:**

DATED: _____

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Court Judge

---

**Stipulation And [~~Proposed~~] Order to File Redacted Documents, Case No. 10-CV-02507-LHK**