UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.H., a minor, by his next friend BELINDA K., Mother of J.H., individually and his next friend,<br><br>    Petitioners,<br>    v.<br><br>YOLANDA BALDOVINOS, et al.,<br><br>    Respondents. | Case No.: 10-CV-02507-LHK<br><br>ORDER ON MOTION TO SHORTEN TIME |

Respondents have filed a stipulation to shorten time on their motion to continue the trial date. ECF No. 225. The Court construes the motion to continue the trial date as an administrative motion. Accordingly, Civil Local Rule 7-11 applies, and Petitioners shall have four days from the date the motion was filed to oppose Respondents' motion. The matter will be "deemed submitted for immediate determination without a hearing on the day after the opposition is due." Civil L.R. 7-11(c).

**IT IS SO ORDERED.**

Dated: January 24, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02507-LHK
ORDER ON MOTION TO SHORTEN TIME