1

2

3

4

5

6

7

8

9                              UNITED STATES DISTRICT COURT

10                             NORTHERN DISTRICT OF CALIFORNIA

11                                    SAN JOSE DIVISION

12  J.H., a minor, by his next friend BELINDA K.,    )    Case No.: 10-CV-02507-LHK
    Mother of J.H., individually and his next friend )
13                                                   )
                                 Petitioners,        )    ORDER GRANTING MOTION TO
14         v.                                        )    CONTINUE TRIAL DATE
                                                     )
15  YOLANDA BALDOVINOS, et al.,                      )
                                                     )
16                               Respondents.        )
    _____)

17

18          Respondents have filed a motion to continue the trial date currently set for March 12, 2012

19  because the attorney on the case must take an unanticipated medical leave of absence.  ECF No.

20  226.  Petitioners oppose the motion as they seek a speedy resolution of this matter.  Good cause

    appearing, the Court GRANTS Respondent's motion to continue the trial date.  The current trial

21  date and pretrial conference are hereby VACATED.  The parties shall appear for a case

22  management conference on February 22, 2012 to reset a pretrial conference date and a trial date.

23  **IT IS SO ORDERED.**

24  Dated: February 9, 2012

25                                                       _____
                                                         LUCY H. KOH
26                                                       United States District Judge

27

28

                                                     1