UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| BELINDA K. and J.H., her minor son, | ) | Case No.: 10-CV-02507-LHK |
| Petitioners, | ) | |
| v. | ) | ORDER GRANTING COST REQUEST |
| YOLANDA BALDOVINOS, et al., | ) | |
| Respondents. | ) | |

The Court previously appointed Aaron Cohn and Matthew Vafidis, of Holland & Knight, as counsel for Belinda K. in this matter. Petitioner's counsel submitted a cost reimbursement request, via letter, to the Court. The guidelines require "[t]he trial judge . . . [to] determine whether the expenses claimed are reasonable and necessary" and allow the trial judge to "authorize reimbursement of costs up to $15,000." General Order 25.

The Court has reviewed the request for costs, and in light of the policy of the Court "that reimbursement requests for this Project be liberally considered," the Court grants the fee request. General Order 25. The majority of costs are related to legal research and copying costs. These expenses appear to be reasonable in light of the legal questions presented and the extensive record developed in prosecuting this action. The remainder of the costs for shipping, courier service to the Court, postage, travel costs, long distance telephone costs, and facsimile costs are also reasonable.

1

Case No.: 10-CV-02507-LHK
ORDER GRANTING COST REQUEST

However, it is not clear that the attorneys' request for reimbursement for food costs in the amount of $58.00 and $38.37 was "reasonable and necessary" for their appointment as pro bono counsel in this case. The Court will not grant the cost request with respect to these amounts but will otherwise grant the cost request made by counsel. Accordingly, the Court ORDERS **pro bono counsel to be reimbursed $11,039.89**.

**IT IS SO ORDERED.**

Dated: June 12, 2012

LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02507-LHK
ORDER GRANTING COST REQUEST