**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| BELINDA K. and J.H., her minor son,<br><br>　　　　　　Petitioners,<br>　v.<br>YOLANDA BALDOVINOS, et al.,<br><br>　　　　　　Respondents. | Case No.: 10-CV-02507-LHK<br><br>ORDER RE: ADMINISTRATIVE MATTERS |

In an Administrative Motion filed on February 26, 2013, ECF No. 280, Respondents County of Alameda and Yolanda Baldovinos requested copies of endorsed-filed, unredacted versions of several documents that the parties had filed with the District Court.

The Court previously granted Respondents' Motion as to the documents which had been filed on ECF: the Notice of Appeal (Docket #250), and the Summary Judgment Order (Docket #233).  ECF No. 282.

The Court now GRANTS Respondents' Motion as to the following requested declarations and the exhibits attached to those declarations which were originally filed in support of Respondents' Motion for Summary Judgment, and were resubmitted under seal with the parties'

Joint Motion for Administrative Relief to File Certain Documents Under Seal on January 20, 2012, ECF No. 223[1]:

    1.    Declaration and attached exhibits of James Crawford-Jakubiak, M.D.;

    2.    Declaration and attached exhibits of Geri Isaacson;

    3.    Declaration and attached exhibits of Linda Fuchs;

    4.    Declaration and attached exhibits of Mary Ellyn Gormley;

    5.    Declaration and attached exhibits of Rhonda Malone.

    6.    Additionally, the Court GRANTS Respondents' request for the declaration and attached exhibit of Michelle Love. Respondents requested the declaration of Michelle Love in support of Respondents' Motion for Summary Judgment. However, the declaration of Michelle Love that was filed with this Court and referenced in the Court's Summary Judgment Order, ECF No. 233, at 7, was filed in support of Respondents' Opposition to Petitioner's Motion for Summary Judgment. The Court interprets Respondents' request as a request for this document.

The Court's copies are neither endorsed-filed nor stamped "Chambers Copy." However, the Court's copies are copies of the signed declarations which the Court reviewed in ruling on the parties' respective Motions for Summary Judgment.

The Clerk's office shall provide Respondents with copies of these documents.

**IT IS SO ORDERED.**

Dated: August 9, 2013

                                                          _Lucy H. Koh_
                                                          LUCY H. KOH
                                                          United States District Judge

---

[1] The Court notes that the parties failed to comply with this Court's Civil Standing Order Regarding Motions to File Under Seal, which requires that a party seeking to file documents under seal must also publicly e-file, as an exhibit to the administrative motion to file under seal, a proposed public redacted version of the documents that the party is seeking to seal. The parties did not e-file redacted copies of these documents.

2
Case No.: 10-CV-02507-LHK
ORDER RE: ADMINISTRATIVE MATTERS